In the United States District Court For the
Northern Court of California

Prisoner Name: Justin Russo
Prisoner #: 2508243
Institution: West County Detention Facility

FILED
Nov 05 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Justin Russo
v
Mayor of Hercules
David Livingston CCCSO Sheriff
Chief of Police City of Hercules
Deputy Angelo Tizzoni CCCSO
Deputy Mario Alvernaz CCCSO
Deputy Mason Rodriguez CCCSO
Officer John Doe Hercules police officer
AMR (Medic 77) EMT John Doe 1
AMR (Medic 77) EMT John Doe 2
Kaiser Permanente Emergency Room Doctor Jane Doe
Kaiser Permanente Hospital Richmond
Contra Costa County Fire (Confire) CA. Engine #76

Civil Case No. 25-cv-09522-AMO

Complaint By a Prisoner Under the Civil Rights Act, 42 U.S.C. §1983

I. Exhaustion of Administrative Remedies.
A. Place of present Confinement: West County Detention Facility
B. Is there a grievance procedure at this Institution? ☑ yes ☐ no
C. Did you present the fact of your Complaint through the Review of the Institutions grievance procedure? ☐ yes ☑ no
D. If your Answer is yes state the Appeal #'s, Dates, & Decisions of appeal at each level of Review. N/A
1. Informal level? N/A
2. first level? N/A
3. 2nd level? N/A
4. 3rd level? N/A
E. Is the level which you filed your Appeal the Highest level Available to you? N/A
F. If you did not file A grievance Regarding your Complaint at this Institution explain why? Because it's A outside Agency Issue. Not

II. parties
A. If there are additional plaintiffs beside yourself write the full names & Address(es). N/A

B. For each defendant write the full names, official position & place of employment?
1. David Livingston CCCSO Sheriff
2. Deputy Angelo Tizzoni CCCSO
3. Deputy Mario Alvernaz CCCSO
4. Deputy Mason Rodriguez CCCSO
5. Officer John Doe Hercules PD
6. AMR (Medic 77) EMT. John Doe 1
7. AMR (Medic 77) EMT. John Doe 2
8. Kaiser Permanente Emergency Room Doctor Jane Doe
9. Kaiser Permanente Hospital Richmond CA.
10. Contra Costa County Fire (ConFire) CA engine #76
11. Mayor of Hercules
12. Cheif of Police, City of Hercules.

III. statement of claim.
(It should be noted that I filed this claim once before on 9/23/25, but I have yet to hear back & this institution "West County Detention facility" has already opened numerous pieces of legal mail that I've recieved & has stolen federal Documents/Mail out of it as well. I'm currently grieving this issue, so to MY knowledge this complaint has never been filed because I've never heard back on it).

On 6/14/25 I was in a pursuit with Law enforcement. At the end of this pursuit I jumped out of the vehicle & got a little bit of distance between myself & the Truck I was in, Due to the Amount of unlawful police shootings I did not want to be inside the Truck when they approached the vehicle, as police officers have the tendency to be a little Anxious & can think your reaching for something in your car when your not & shoot & kill you. If need be I can at a later point see. to the many many cases where this is a fact, where innocent people die at the hands of Crooked police officers. So with that in mind I got out of the Truck, went a few feet from it & Immediatly laid on the ground & complied Fully with what the police officers were telling me to do. Unfortunately As I stated previously these police officers were untruthful in there body language & words they spoke, They were telling me to "Quit resisting", Now why would I lie face down & spread my Arms out for these police officers if I was then going to resist?! Makes zero sense & did not happen. They yell Quit resisting right when they run up on you. There Taught this in the Academy, cops have told me. This is a common procedure. Deputy Mario Alvernaz & a Hercules police officer took it upon themselves along with Deputy Angelo Tizzoni to lie & yell out "Stop resisting" so they could assault me

Each defendant is sued Individually & in these official Capacities, AT All times Mentioned Defendents Acted under the color of State Law.

## IV. Relief.

Pain & suffering, Each defendant — $100,000

Excessive force, Each defendant — $50,000

EMT Medic John Doe 1 Torture — $250,000

EMT Medic psychological Damage, I still have nightmares of him Smiling At me & hurting me! $300$ an hour x 3 = 900 (1week) x 4 = 3,600 (Month) x 12 = 46,200 x 30 = roughly 1,209,000 (1 Year)

Deputys Tirzoni, Deputy Alvernaz, Hercules officer, Deputy Rodriguez, psycological Damage as well. I have nightmares About them all beating me. I have severe Anxiety & PTSD! I'm gonna need Counsling/Therapy for A long time. =( Included In the 1.2 million for the EMT. Judge can split that Amongst defendants as He/She see's fit)

Emergency Room Jane Doe OR, Pscological Damage! for not reporting my Abuse = $500,000

Kaiser Permanente that I Included with the Jane Doe DR (Should be $500,000 relief)
Cruel & Unusual Punishment / deliberate Indiflence Each defendant = $200,000
Not Affording / giving me equal protection       Each Defendant = $200,000
Not Affording me adequate Medical Care Each Medical Defendant = $250,000
Punitive Damages                                  =                $2,500,000

I declare under penalty of perjury that the foregoing is True & Correct
Executed on 10/27/25     Justin Russo   Justin Russo

(III. Continued) Sidenote: I had a funny [illegible] that the Hercules police officer or [illegible] officer who handcuffed me

Repeatedly, either one of those 3 officers (they were all 3 on me & due to the extensive injury I endured at the hands of those police officers it is hard to recall exact specifics, please bear with me) Started slamming my head into the rocky hillside grinding my head on **All the rocks** beneath me, it hurt so bad! Another officer had his weight on my back. It was hard to breath & my legs were getting twisted & bent & they were screaming mean things at me! I was scared for my life. I faintly remember being thrown in the back of the police cruiser that I now know is patrol vehicle #2830. Next thing I remember is flying through the Air [illegible]. Then I was Body slammed extremely hard on the Stretcher (AMR Medic 77 stretcher). The problem with this is this, If I'm unconscious on the ground & Medics show up then I immediately become those EMT/MW113 patient, Because I'm in distress, I'm there patient, police officers cease immediate control of me over to these Medics, & that did not happen, I was picked up & body slammed by Deputy Angelo Tizzoni on the medics stretcher. Proper protocol/policy would be for these medics/EMTs to pull out the Gurney & those two would slide my unconscious body onto the Gurney then transfer me to the stretcher, they did not do this, they did not take over my persons as policy would Demand, not Suggest, DEMAND! they instead Allowed, Right infront of them, the police officers to Further Assault me. They take me in the back of the Ambulance, my head hurts extremely bad, It hurts to open my eyes, the light feels too bright, so I close them to better comfort myself & 1 of the EMTs Keeps punching me in my chest, He tells me to keep my eyes open, He states He's worried I could be overdosing, I explain to him that I Don't use opiates of Any kind! That my eyes hurt & I wish to close them for my Comfort, He hits me in my chest & starts punching my pressure points, He's hurting me extremely bad. I keep telling him to please stop hurting me! & I go to close my eyes again Because it hurt to open them, He continues to punch me in my chest & squeeze my pressure points over & over again causing me extreme amounts of pain I'm crying out for him to stop, He says over & over He's worried about →

(III Continued) side note: Also No medics Are Named! Everyone involved at the scene badly (except fiction) conveniently left out. What's up with that?

me overdosing, I keep telling him theirs not a threat that will happen. I Don't use opiates of Any kind! The point of A medic is to save life & to make sure there patient is Comfortable! He was abusing me for his own sick fun! Heres the facts. If your overdosing, or on the brink of overdosing my Vitals will show this! My heart rate will slow dramatically & so will my blood pressure! It's lower! Neither of these things were happening! Hes A Trained medic & knows this better than I Do, He abused me & Hurt me for his own sick fun, He's Trained, I'm not on opiates, He Hurt me over & over Again for his pleasure. He Assaulted me over & over again & hurt so bad & no matter how much I cried for him to stop he would not! U/A sample from Kaiser will show I had No Heroine or fentynal or opiates like I told him I did not use. He did not stand for protecting his patient, He watched the police officers Assault me, He did not take over my persons As soon As he arrived & seen me unconscious in distress on the ground & He continued to Assault & Abuse me when He finally took me into his care. Once we Arrived At Kaiser Permanente in Richmond CA we went throw the emergency Room I believe & As soon As I seen the emergency Room Doctor Jane Doe I screamed "Get this EMT/Medic Away from me, He's Assaulting me, & Hurting me" The Doctor looked a little suprised & Said what? So I repeated myself & the Medic #1 too at least As I repeated myself & I believe the other medic stayed & the Emergency Room Jane Doe Doctor Did nothing! Again I'm just some Piece of crap, the cops get to beat on me, the medics get to beat on me & the Doctor is informed & she doesn't care. By Law & Her oath she is obligated by law & oath to report Any Abuse that she might find is happening, & definitly obligated by law & oath to report Abuse if A patient Tells her to her face that he or she is being Abused. By Law! I was not afforded the basic medical care that every U.S. Citizen is entitled too. I was beat & battered. & Fire Engine #76 watched Aswell & so did Deputy Rodriguez, He rode with me in the ambulance from the scene of Arrest to the hospital! No one helped! This has caused me great pain in my heart & my mind as well. Its hard to deal with

In the United States District Court for the Northern Court of California.

Prisoner name: Justin Russo
Prisoners no: 2508243
Institution: West County Detention Facility

Justin Russo
v
David Livingston, CCCSO Sheriff
Chief of Police, City of Hercules
Mayor of Hercules
Deputy Angelo Tizzoni, CCCSO
Deputy Mario Alvernaz, CCCSO
Deputy Mason Rodriguez, CCCSO
Officer John Doe, Hercules P.D.
AMR (Medic 77) EMT John Doe 1
AMR (Medic 77) EMT John Doe 2
Kaiser Permanente Emergency Room
Doctor Jane Doe
Kaiser Permanente Hospital Richmond CA.
Contra Costa County Fire (Confire) CA Engine #76

Civil Case No. _____

Complaint by a prisoner under the Civil Rights Act 42 U.S.C. §1983

I. Exhaustion of Administrative Remedies.
A. Present place of confinement: West County Detention Facility.
B. Is there a grievance procedure at this institution? ☑ yes ☐ no
C. Did you present the facts of your complaint through the review of the institution grievance procedure? ☐ yes ☑ no
D. If your answer is yes, list appeal #'s, date of decision, at each level. N/A
E. Is the level which you appealed the highest level available to you? N/A
F. If you did not present your grievance regarding your complaint at this institution explain why? Because it's an outside agency issue, not inside their institution issue.

II. Parties.
A. If there are additional plaintiffs besides you write there name(s) & present address(es). N/A
B. For each defendant write there names, official position, & place of employment.
1. David Livingston CCCSO Sheriff    2. Deputy Angelo Tizzoni CCCSO
3. Deputy Mario Alvernaz CCCSO        4. Deputy Mason Rodriguez CCCSO
5. Officer John Doe Hercules P.D.      6. AMR (Medic 77) EMT 1 John Doe
7. AMR (Medic 77) EMT 2 John Doe       8. Kaiser Permanente E.R. Doctor Jane Doe

9. Kaiser permanente Hospital Richmond CA.  10. Contra Costa County fire (ConFire) engine # 76 CA.
11. Mayor of Hercules City   12. Chief of Police, City of Hercules.

III. Statement of claim.

(It should be noted that I filed this claim once before on 9/25/25, But Ive yet to hear back & this Institution "West County Detention Facility has already opened numerous pieces of legal mail that Ive recieved & has stolen federal documents/mail out of it as well. I'm currently grieving this issue, to my knowledge this complaint has never been filed because Ive never heard back on it)

On 6/14/2025 I was in a pursuit with law enforcement. At the end of the pursuit I jumped out of the vehicle & got a little bit of distance between myself & the Truck I was in, Due to the amount of unlawful police shootings I did not want to be inside the Truck when they approached the vehicle, as police officers have the tendency to be a little anxious & can think your reaching for something in your car when your not & shoot & kill you. If need be I can at a later point recite the many/many cases where this is a fact, where Innocent people die at the hands of crowded police officers... So with that in mind I got out of the Truck, went a few feet from it & immediatly laid on the ground, & complied fully with what the police officers were telling me to do, unfortunatly as I stated previously these police officers were untruthful in the Body language & the words they spoke. They were telling me to "Quit resisting" now why would I lie face down on the ground & spread my arms out for these police officers if I was then going to resist. Makes zero sense & did not happen. This is common procedure, they yell out resisting right when they run up on you, there taught this in the academy, cops have told me. Deputy Mario Alvernaz & A Hercules police officer took it upon themselves along with Deputy Angelo Tizzoni to lie & yell out "Stop resisting", so they could assault me repeatadly, either one of those 3 officers (they were all 3 on me & due to the extensive Injury I endured at the hands of those police officers, it is hard to recall exact specifics, please bear with me) Started slamming my head into the rocky hillside striking my head on the rocks beneath me, It hurt so bad! & another officer had his weight on my back, It was hard to breath & my legs were getting twisted & bent & they were screaming mean things at me! I was scared for my life. I faintly remember being thrown in the back of the police cruiser, that I know now is patrol vehicle # 2830, next thing I

Remember is flying threw the Air in pain! Then I was body slammed extremly hard on the stretcher (AMR Medic 77 stretcher). The problem with this is this, If Im un-conciouse on the ground & medics show up then Im Immediatly become those EMT's/medics patient, Because Im in distress, Im there patient, police officers cease immediate control of me over to these medics, & that did not happen, I was picked up & Body slammed by Deputy Angelo Tizzoni on the medics stretcher. proper protocol/policy would be for these medics/EMTs to pull out the Gurney & those officers would slide my unconciouse Body onto the Gurney then transfer me to the stretcher. They did not do that, they did not take over my person As policy would Demand, not suggest "Demand"!!! They Instead Allowed, Right infront of them, the police officers to further Assault me. They take me In the Back of the Ambulance, my head hurts extremly bad, it hurts to open my eyes, the light feels too bright so I close them to better comfort myself & 1 of the EMTs keeps punching me in my chest, He tells me to keep my eyes open. He worried I could be overdosing, I explain to him that I Dont use opiates of ANY Kind! That my eyes hurt & I wish to close them for my comfort, He Hits me in my chest & Starts pinching my pressure Points, He's Hurting me extrem-ly Bad, I keep telling him to please stop hurting me! & I go to close my eyes again because it hurts to open them, He continues to punch me in my chest & Squeeze my pressure points over & over again causing me extreme Amounts of pain, Im crying out for him to stop, Hes says over & over again He's worried about me overdosing, I keep telling him thats not a threat that will happen, I dont use opiates of Any Kind! The point of A Medic is to save life! & to make sure there patient is Comortable! He was Abusing me for his own sick fun! Heres the facts, If your overdosing & or on the brink of overdosing my vitals will show this!! My heart Rate will show dramatically & 50 & all my blood pressure (it'll lower!) neither of these things were happening! He's a Tranced medic & knows this better than I do, He abused me & Hurt me for his

Sidenote: I find it funny & incidental that the Hercules police officer is never mentioned by name!¶ He was the onsite co-Arresting officer who Handcuffed me, Also no medics are named! Everyone that beat me badly (except Deputy Alvernaz) was mentioned in the report vaguely & there names were conveniently left out! what's up with that?

[left margin, vertical: Each defendant is sued in there Individual Capacity & in there official Positions & at all times defendants Acted under the color of state law]

own sick fun, He's Trained, I'm not on opiates, He hurt me over & over again for his pleasure, He Assaulted me over & over again! & it hurt so bad & no matter how much I cried for him to stop He would not! U/A sample from Kaiser will show I had no Heroine or fetynal or opiates like I told him I did not use. He did not Stand for protecting his patient, He watched the police officers Assault me, He did not take over my person As Soon As He Arrived, Seen me unconcious & in distress on the ground & He continued to Assault & Abuse me when He took me into his care... Once we Arrived At Kaiser permanente in Richmond CA we went threw the emergency Rm. I believe & As Soon As I Seen the emergency Rm Doctor Jane Doe I screamed "Get this EMT/medic away from me, He Assaulting me & Hurting me", the Doctor Looked a little surprised & said "what?" So I repeated myself & the medic #2 took off fast as I repeated myself & I believe the other medic stayed & the emergency Room Jane Doe Doctor did nothing! Again I'm just some piece of crap, the cops get to beat on me, the medics get to beat on me, & the Doctor is informed & she doesn't care. By law & Her oath she is obligated By law & oath to report Any Abuse that she might think is happening & definitly obligated by law & oath to report Abuse if A patient tells her to her face that he or She is being Abused, By Law! I was not afforded the basic medical care that every US Citizen is entitled too, I was beat & battered. & fire engine #76 watched aswell & so did deputy mason Rodriguez, He rode with me in the ambulance from the scene of Arrest to the hospital. no one helped! This has caused me great pain in my heart & my mind aswell. Its hard to deal with.

IV. relief. Pain & suffering Each defendant $200,000 / Excessive force Each defendant $250,000 / EMT Medic John Doe 1 "Torture" $250,000 / EMT psycological Damage, I still have nightmares of him smiling at me & hurting me! $300 an hour x 3 = 900 x 4 = 3,600 x 12 = 47,200 x 30 = roughly 1,700,000, Deputy Tizzoni, Deputy Alvernaz, Deputy Rodriguez, Hercules officer, all share that psycological Damage aswell "1.2 million" / Emergency Rm Dr. Jane Doe for not reporting Abuse = 500,000 / Kaiser Hospital included in the 500,000 with the ER DR. / Cruel & unusual Punishment Each defendant = 200,000 / Not Affording me equal protection Each = 200,000 / Not Affording me adequate medical care = Each medical 250,000 defendant / Punitive Damages 2,500,000

I declare under penalty of perjury that the forgoing is True & correct executed on 11/22/25  Justin Russo

In the United States District Court for the Northern Court of California.

Justin Russo
v
Mayor of Hercules et Al;

Declaration in support of Motion to proceed in forma pauperis.

Civil Action No _____

I, Justin Russo Am petitioner/plaintiff in the above entitle case In support in my motion to proceed without being required to prepay fees of costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

I declare that the answers that I submit below are true

1. Do you have any money in a checking account 4 or savings account? No, I have zero dollars.

2. If you have a job, what is your wage a your monthly salary & give a name & address for your employer? I do not have a job.

3. If you do not have a job state the last job you had, How much was your salary per month, how long did it last & How long ago did you have it? So last time I worked it was March 2024, 25$ An hour I word there 6 months.

4. Have you in the last 12 month recieved money from any of these?

A. Proffession, Self employment, Business? No

B. Rent Payments, Interest, Dividends? No

C. Pensions, Annuities, or life Insurance Payments? No

D. Gifts or inheritances? No

E. Any form of public assistance? No

F. Any other source? No

5. Do own Any Real estate, Stocks, Bonds, notes, Annuities, Automobiles or Any other expensive/valuable property? No

6 List person who depend on you for financial support? no one gets support financially from me.

7. If you rent a apartment or Any kind of other Building state the Amount, Do not include others who contribute Rent money? I pay no Rent to no one, Im in Jail

Turnover

8. List Any other financial Resources that you would consider this request. So I'm dead broke! I'm in Jail, I've been the Victim of many Assaults that the Deputys Are responsible for, plus I got beat badly on the scene of Arrest too. Because I Started pursuing Justice on all of this & writing grievances, Appeals, Complaints I have been the Target of Alot of Pain & Suffering! I've been to the hospital 3 times (They've broken my Jaw twice! & given me a sever concussion. The other time. They didn't feed me for 6 days strait awhile ago! I really need Help. I mention this every time I write, I only do this because I Don't know if Any of these will ever make it out to you. Because of there nature, so I'm hoping one or two will, slip between the cracks cause then all this hard work will start Moving in the right direction. I've hand written 9 1983 Complaints to your court, every one has merit I swear & There all 100% Truth! They keep hurting me, & doing very ugly things to me, so I keep fighting with pencil & paper & they hurt me again everytime I report them for hurting me the time before. Its been a very scary cycle! But I feel were all human beings & we are all Americans & we all have our Constitutional Rights!! & I Also believe the Deputys Are not Above the law! Even though they think they are. Clerk please file this under forma Pauperis. I have less than 1¢ in my Account. I'm broke, I Dont go to store, I've gone to store 2 times in 5 months! & I'm sitting in Solitary confinement for grievancing these deputys because they keep opening & stealing my legal mail!! from your court. This is the 2nd time I've written this 1983 Complaint. I sent it to 1301 Clay street in Oakland 5 weeks ago & haven't heard Anything Back! So I think they stole the complaint like a couple other ones they stole too! I don't have alot of paper, I'm in "loc down" So I Can't move around & find paper, I Can't buy paper Because I'm Indigent, I wrote 2 copies, That was every bit of paper that I have! please help me! please! I've written so much. I need help with one copie please. Thank you so very much clerk. I declare under penalty of perjury that the foregoing is True & correct.

SSN: 567696285

10/27/25  Justin Russo Justin Russo 02/15/82