UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,

          Plaintiff,

    v.

MAYOR OF HERCULES, et al.,

          Defendants.

Case No. 25-cv-09522-AMO (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

**IT IS ORDERED AND ADJUDGED**

That the plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated:   6/22/2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California